# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

JACK ALHAYEK,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; DANIEL A. BRIGHTMAN, San Diego, Field Office Director, U.S. Immigration a & Customs Enforcement (ICE); TODD LYONS, Acting Director, U.S. ICE; MARKWAYNE MULLIN, U.S. Secretary of Homeland Security; PAMELA BONDI, Attorney General of the United States,

Respondents.

Case No.: 26cv1523 DMS MSB

**ORDER GRANTING PETITION**

In light of Respondents' Return to the Petition, the Court grants the Petition for Writ of Habeas Corpus and orders Respondents to release Petitioner forthwith. The parties shall file a status report on or before **April 17, 2026**, confirming Petitioner has been released.

**IT IS SO ORDERED**.

Dated:  April 10, 2026

Hon. Dana M. Sabraw
United States District Judge

1