# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jack Alhayek

**Plaintiff,**

**V.**

see attached

**Defendant.**

**Civil Action No.** 26-cv-01523-DMS-MSB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Petition for Writ of Habeas Corpus is granted. All litigation in this matter has concluded.

**Date:** 9/21/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle
S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-1523-DMS-MSB

Respondents

Christopher LaRose
Senior Warden, Otay Mesa Detention Center

Daniel A. Brightman
San Diego, Field Office Director, U.S. U.S. Immigration & Customs & Customs Enforcement (ICE)

Todd Lyons
Acting Director, U.S. ICE

Markwayne Mullins
Secretary of Homeland Security

Pamela Bondi
Attorney General of the United States